the agreement, and are fully covered in this opinion. All are overruled, and the judgment is affirmed. The record is remitted to the Court of Quarter Sessions of Venango County, with direction that the judgment there entered be fully carried into effect, and, to that end, that the defendant forthwith appear in that court, and that he be by that court committed to comply with such part of the sentence as had not been served and complied with at the time this appeal was made a supersedeas.

KEPHART and TREXLER, JJ., dissent. See page 214.

---

## Commonwealth *v.* Bowser, Appellant, (No. 2).

OPINION BY ORLADY, J., October 11, 1915:

This appeal was argued with No. 156, April Term, 1915, ante, p. 107, and being identical with it for the reasons given in an opinion filed to that number and term the same judgment is entered in this appeal.

KEPHART and TREXLER, JJ., dissent. See page 214.

---

## Commonwealth *v.* Bowser, Appellant, (No. 3).

OPINION BY ORLADY, J., October 11, 1915:

This appeal was argued with No. 156, April Term, 1915, ante, p. 107, and being identical with it, for the reasons given in an opinion filed to that number and term the same judgment is entered in this appeal.

KEPHART and TREXLER, JJ., dissent. See page 214.